

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

970 Broad Street, Suite 700　　　　　　　　　　　　　　　　　(973)645-2700
Newark, NJ 07102

April 3, 2009

Honorable Katharine S. Hayden
United States District Judge
Martin Luther King, Jr. Federal Building
　& U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07102

　　　　　Re:　Sher Mohammad Salehi v. United States of America
　　　　　　　(Civil No. 08-4719)

Dear Judge Hayden:

　　I am writing to* request a 90-day extension of time to file an Answer to the above-referenced Petition to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255 so that I may obtain transcripts in this case, which I believe are necessary in order to properly respond to the Petition.

　　Thank you for your consideration.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　RALPH J. MARRA, JR.
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　*L. S.*

　　　　　　　　　　　　　　　　　　　　By: Lakshmi Srinivasan Herman
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

cc: Sher Mohammad Salehi (by mail)

*Request GRANTED.
SO ORDERED
4/7/09

Katharine S. Hayden
USDJ